```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 23451
   GEORGE FERGUSON
   ROBERTA FERGUSON                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-3208     SSN XXX-XX-4464
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 06/13/05 and confirmed on 08/17/05.

   2. The case was dismissed after confirmation, 11/09/2007.

   3. The Debtor paid a total of $ 19110.25 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL RETAIL | SECURED | 1650.00 | 354.29 | 1012.10 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| FIRST NATIONAL BANK OTTA | SECURED | 10417.21 | 2139.55 | 6414.68 |
| FORD MOTOR CREDIT CO | SECURED | 7689.75 | 1420.00 | 4777.68 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| B LINE LLC | UNSECURED | 1082.63 | .00 | .00 |
| B LINE LLC | UNSECURED | 1268.33 | .00 | .00 |
| BHURJI SINGH MD | UNSECURED | 183.00 | .00 | .00 |
| BLAIR CORPORATION | UNSECURED | 442.38 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1249.11 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 604.65 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 621.85 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 380.07 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| RKFD INFECTIOUS DISEASE | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARETS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SUN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1279.73 | .00 | .00 |
| UNITED RESOURCE SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| USHASRI KOGANTI MD | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WORLD ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE    898.35           .00         610.57
AMERICAN GENERAL RETAIL   UNSECURED        185.51           .00            .00
BLAIR CORPORATION         UNSECURED        436.47           .00            .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  20655.31          .00     7733.73         .00      28389.04
PRINCIPAL PAID      12815.03          .00         .00         .00      12815.03
INTEREST PAID        3913.84          .00         .00         .00       3913.84
TOTAL PAID          16728.87          .00         .00         .00      16728.87
```

The Debtor's attorney, PATRICK A MESZAROS               , was allowed $   2000.00
and was paid $    400.00   direct and $   1600.00   through the plan.

The Trustee received $     781.38 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/08/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO.  05 B 23451 GEORGE FERGUSON & ROBERTA FERGUSON